**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE EVERETT WELCH, | ) NO. EDCV 10-00615-MMM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| SUPERIOR COURT JUDGE BRIAN McCARVILLE, et al., | ) |
| Respondents. | ) |

Pursuant to the Court's Order: Dismissing Petition for Writ of Habeas Corpus Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  April 29, 2010 .

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE